340

159 U.S. 252, 15 S.Ct. 1039

### GEORGE T. EMMONS et al. v. THEODORE HALTERN.

No. 69.

Supreme Court of the United States.

Dec. 3, 1894.

D. A. McKnight and M. B. Gerry, for plaintiffs in error.

H. B. Moulton, for defendant in error.

No opinion. Judgment affirmed, with costs, by a divided court.